Connie M. COMBS *v.* STATE of Arkansas

CR 94-528                                        878 S.W.2d 378

Supreme Court of Arkansas
Opinion delivered June 6, 1994

*Marquis E. Jones*, for appellant.

PER CURIAM. Appellant, Connie M. Combs, by her attorney, has filed for a rule on the clerk.

Her attorney, Marquis E. Jones, admits that the failure to file the record in time was due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964. A copy of this opinion will be forwarded to the Committee on Professional Conduct.